Oliver W. Fitts, appellee, v. Clarence E. Sawyer, appellant. Gen. No. 25,465.

Action on a promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Leo J. Doyle, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed December 22, 1920.

Miller, Starr, Brown, Packard & Peckham, for appellant; Thomas McCall, of counsel. Edward L. England, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

Oliver W. Fitts, appellee, v. Clarence E. Sawyer, appellant. Gen. No. 25,466.

Action on a promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Leo J. Doyle, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed December 22, 1920.

Miller, Starr, Brown, Packard & Peckham, for appellant; Thomas McCall, of counsel. Edward L. England, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

Oliver W. Fitts, appellee, v. John E. Shatford, appellant. Gen. No. 25,467.

Action on a promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Leo J. Doyle, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed December 22, 1920.

Miller, Starr, Brown, Packard & Peckham, for appellant; Thomas McCall, of counsel. Edward L. England, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

A. B. Alpirn, appellee, v. Murray Iron Works Company, appellant. Gen. No. 25,522.

Action to recover value of material to be supplied in lieu of converted material. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry C. Moran, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed December 22, 1920.

Gideon S. Thompson and Arthur M. Le Wald, for appellant; John J. Seerley, of counsel. Schwartz & Schwartz, for appellee; Ulysses S. Schwartz, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

Roamer Motor Car Company of Illinois, appellee, v. U. & J. Carburetor Company, appellant. Gen. No. 25,588.

Action on judgment notes. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. James Donahoe, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed December 22, 1920.

George E. Brannan and Charles E. Carpenter, for appellant; L. M. Ackley, of counsel. Lambert & Mayer, for appellee.

Mr. Justice Thomson delivered the opinion of the court.